ACCEPTED
03-14-00518-CV
7394219
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 2:32:14 PM
JEFFREY D. KYLE
CLERK



# ALDRICH PLLC
## ATTORNEYS

Scott Lindsey
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization
slindsey@aldrichpllc.com
www.aldrichpllc.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 2:32:14 PM
JEFFREY D. KYLE
Clerk

October 15, 2015

Court Clerk                                                    Via electronic filing
Court of Appeals
Third District of Texas
PO Box 12547
Austin, Texas 78711

    Re:    Court of Appeals Number:  03-14-00518-CV; 03-14-00515-CV
            Trial Court Case Number:   D-1-GN-14-001582; D-1-GN-14-001581

Dear Clerk:

Pursuant to the Court's October 13, 2015 request for paper copies of the briefs filed in this case, enclosed please find three copies of Appellant's Brief and three copies of Appellant's Reply Brief.

Please contact me with any questions.

Yours very truly,

Scott Lindsey

SEL/sd
Encl.

cc:    Court Clerk                           CMRRR# 7011 3500 0000 4371 6457
       Court of Appeals
       Third District of Texas
       PO Box 12547
       Austin, Texas 78711
              (with enclosures)

       Mr. John Thomas                     Via electronic service
       George, Brothers, Kincaid & Horton, LLP
       114 West 7th Street, Ste. 1100
       Austin, Texas 78701

1130 Fort Worth Club Tower • 777 Taylor Street • Fort Worth, TX 76102 • Tel (817) 336-5601 • Fax (817) 336-5297